IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02463-LTB-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2007 TOYOTA TUNDRA, VIN: 5TBBV58127S456912;
2007 CHEVROLET SILVERADO, VIN: 1GCHK23D47F158548;
2012 AUDI A6, VIN: WAUBGAFC5CN005808;
$361.00 IN UNITED STATES CURRENCY;
$631.00 IN UNITED STATES CURRENCY; and
$11,816.48 SEIZED FROM CREDIT UNION OF THE ROCKIES ACCOUNT # 583279,

       Defendants.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States= Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT claimant Thomas Long, through counsel, Philip Cherner, has withdrawn his claims regarding defendant assets resolving all issues in dispute as to defendant property;

THAT no other claims to the above listed defendant property have been filed;

THAT forfeiture of 2007 Toyota Tundra, VIN: 5TBBV58127S456912; 2007 Chevrolet Silverado, VIN: 1GCHK23D47F158548; 2012 Audi A6, VIN: WAUBGAFC5CN005808; $361.00 in United States Currency; $631.00 in United States Currency; and $11,816.48 seized from Credit Union of the Rockies # 583279 shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of 2007 Toyota Tundra, VIN: 5TBBV58127S456912; 2007 Chevrolet Silverado, VIN: 1GCHK23D47F158548; 2012 Audi A6, VIN: WAUBGAFC5CN005808; $361.00 in United States Currency; $631.00 in United States Currency; and $11,816.48 seized from Credit Union of the Rockies # 583279 shall enter in favor of the United States; the United States shall have full and legal title to the defendant properties, and may dispose of them in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to these defendant properties pursuant to 28 U.S.C. ' 2465.

SO ORDERED this    9th    day of February, 2015.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
U.S. District Court Senior Judge