IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02463-LTB-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2007 TOYOTA TUNDRA, VIN: 5TBBV58127S456912;
2007 CHEVROLET SILVERADO, VIN: 1GCHK23D47F158548;
**2012 AUDI A6, VIN: WAUBGAFC5CN005808**;
$361.00 IN UNITED STATES CURRENCY;
$631.00 IN UNITED STATES CURRENCY; and
$11,816.48 SEIZED FROM CREDIT UNION OF THE ROCKIES ACCOUNT # 583279,

        Defendants.
_____

ORDER ON MOTION TO VACATE FINAL ORDER OF FORFEITURE
AS TO 2012 AUDI A6, VIN: WAUBGAFC5CN005808 ONLY
_____

This Matter comes before the Court on Plaintiff's Motion to Vacate the Final Order

of Forfeiture, as Granted on February 9, 2015. (Doc. 23).

Plaintiff has requested that the Final Order of Forfeiture be Vacated as to Defendant

2012 Audi A6, VIN: WAUBGAFC5CN005808, so that proper notice may be given to its

lienholder, USAA Federal Savings Bank.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Vacate the Final Order of

Forfeiture is Granted.  The Final Order of Forfeiture entered by the Court on February 9,

2015, is vacated as to Defendant 2012 Audi A6, VIN: WAUBGAFC5CN005808 and the

United States shall give notice to the lienholder for Defendant Audi and allow that lienholder

the opportunity to file a claim on that asset.

    SO ORDERED this ___2nd___ day of _____June_____, 2015.

                BY THE COURT:


                ___s/Lewis T. Babcock_____
                LEWIS T. BABCOCK
                U.S. District Court Senior Judge