IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02463-LTB-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2007 TOYOTA TUNDRA, VIN: 5TBBV58127S456912;
2007 CHEVROLET SILVERADO, VIN: 1GCHK23D47F158548;
**2012 AUDI A6, VIN: WAUBGAFC5CN005808**;
$361.00 IN UNITED STATES CURRENCY;
$631.00 IN UNITED STATES CURRENCY; and
$11,816.48 SEIZED FROM CREDIT UNION OF THE ROCKIES ACCOUNT # 583279,

    Defendants.
_____

FINAL ORDER OF FORFEITURE AS TO DEFENDANT
2012 AUDI A6, VIN: WAUBGAFC5CN005808
_____

    THIS MATTER comes before the Court on the United States' Second Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

    THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

    THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

    THAT no claim to the above listed defendant vehicle has been filed;

    THAT forfeiture of 2012 Audi A6, VIN: WAUBGAFC5CN005808 shall enter in favor of the United States;

    THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the 2012 Audi A6, VIN: WAUBGAFC5CN005808 shall enter in favor of the United States; the United States shall have full and legal title to the defendant Audi, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to this defendant vehicle pursuant to 28 U.S.C. ' 2465.

SO ORDERED this __16th__ day of ____July____, 2015.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK
U.S. District Court Senior Judge