IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02463-LTB-KMT

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2007 TOYOTA TUNDRA, VIN: 5TBBV58127S456912;
2007 CHEVROLET SILVERADO, VIN: 1GCHK23D47F158548;
**2012 AUDI A6, VIN: WAUBGAFC5CN005808**;
$361.00 IN UNITED STATES CURRENCY;
$631.00 IN UNITED STATES CURRENCY; and
$11,816.48 SEIZED FROM CREDIT UNION OF THE ROCKIES ACCOUNT # 583279,

        Defendants.
_____

AMENDED FINAL ORDER OF FORFEITURE AS TO DEFENDANT
2012 AUDI A6, VIN: WAUBGAFC5CN005808
_____

        THIS MATTER comes before the Court on the United States' Second Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

        THAT the United States commenced this action *in rem* pursuant to 21 U.S.C. § 881;

        THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

        THAT no claim to the above listed defendant vehicle has been filed;

        THAT forfeiture of 2012 Audi A6, VIN: WAUBGAFC5CN005808 shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of the 2012 Audi A6, VIN: WAUBGAFC5CN005808 shall enter in favor of the United States; the United States shall have full and legal title to the defendant Audi, and may dispose of it in accordance with law;

THAT the Court find that there is no error in the Supplemental Final Judgment and therefore it does not need to be amended; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to this defendant vehicle pursuant to 28 U.S.C. § 2465.

SO ORDERED this   30th   day of     July    , 2015.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK
U.S. District Court Senior Judge